IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HAROLD DAVIS,

       Plaintiff,

vs.	No. 1:10-CV-00231-BB/CG

CITY OF CARLSBAD POLICE DEPARTMENT,
OFFICER JAMES L. BOUTELLE,
OFFICER J. J. RODRIGUEZ,

       Defendants.

## STIPULATED ORDER STAYING DISCOVERY

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Stay Discovery pending a decision on Defendants' Motion to Dismiss. The Court, having reviewed the Stipulated Motion, FINDS the Motion to be well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that discovery is stayed pending a decision on Defendants' Motion to Dismiss.

_____
CARMEN E. GARZA, MAGISTRATE JUDGE

Submitted and approved by:

KLIPSTINE & HONIGMANN, LLC


By: /s/ via email 10/19/10
    James Klipstine
    1601 N. Turner, Suite 400
    Hobbs, NM 88240
    jklipstine@windstream.net
Attorneys for Plaintiff

HINKLE, HENSLEY, SHANOR & MARTIN, LLP


By:  submitted via email 10/21/10
     Stephen S. Shanor
     Post Office Box 10
     Roswell, NM 88202-0010
     ssshanor@hinklelawfirm.com
Attorneys for Defendants